LAW OFFICES OF

# FREDERICK L. SOSINSKY

45 BROADWAY, SUITE 3010

NEW YORK, NEW YORK 10006

TELEPHONE (212) 285-2270

TELECOPIER (212) 248-0999

EMAIL: FredS@newyork-criminaldefense.com

June 26, 2024

*Application GRANTED. Defendant Perez has been compliant with his conditions of bail, and neither the Government nor Pretrial Services opposes his request.*

*Defendant's bail conditions are hereby temporarily modified to permit travel to Puerto Rico from July 9 to July 22, 2024 for purposes of visiting his mother. At least 72 hours before departing, Defendant shall submit to Pretrial Services a complete travel itinerary documenting—to the extent not done so in his previously submitted itinerary—his flight details; the location(s) where he will be staying (including street addresses, phone numbers, and dates); and any other information sought by Pretrial Services. On the days of his departure and return, Defendant must contact his Pretrial Services Officer to check in.*

*All other conditions of pretrial release remain in effect.*

*The Clerk of Court is directed to terminate ECF No. 18.*

BY ECF
Hon. Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Jorge Perez
        24 Crim. 368 (JHR)

*SO ORDERED.*

*Jennifer H. Rearden, U.S.D.J.*
*Date: June 27, 2024*

Dear Judge Rearden:

As you are aware, I represent Jorge Perez, the defendant in the above matter. I am writing to respectfully request that the conditions of Mr. Perez' appearance bond be modified so as to permit him to travel to Puerto Rico from July 9 through July 22 where he will be visiting with his mother. Both Mr. Perez' pretrial services officer and AUSA Sebastian Swett have no objection to this request. Mr. Perez has already provided Officer Vilefort with his itinerary.

Thank you for your consideration.

Respectfully yours,

Frederick L. Sosinsky

FLS: bms