UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>JORGE PEREZ,<br>                      Defendant. | 24 Cr. 0368 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

By **June 6, 2025**, the parties shall file any police reports, court papers, or other documentation in their possession, custody, or control that describes or otherwise elucidates the conduct that led to Defendant Perez's May 2016 "plea of guilty." ECF No. 48 at 1 (Defendant's Supplemental Sentencing Submission); *see also* ECF No. 49 at 3 (Government's Supplemental Sentencing Submission) (citing PSR ¶ 47).

Defendant's sentencing will be held on **July 22, 2025** at **11:00 a.m.** in Courtroom 12B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: May 23, 2025
       New York, New York

                                            JENNIFER H. REARDEN
                                            United States District Judge