LAW OFFICES OF

# FREDERICK L. SOSINSKY

45 BROADWAY, SUITE 3010

NEW YORK, NEW YORK 10006

---

TELEPHONE (212) 285-2270

TELECOPIER (212) 248-0999

EMAIL: FredS@newyork-criminaldefense.com

June 27, 2025

VIA ECF
Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                    Re:    United States v. Jorge Perez
                               24 Cr. 368 (JHR)

Dear Judge Rearden:

       This letter is respectfully submitted in accordance with Your Honor's Order (ECF No. 53) dated June 19, 2025, directing Mr. Perez to submit any response he may have to the two letters submitted by the Government with accompanying documents and other items (ECF Nos. 51 and 52) relating to his 2016 sentence for a DWAI infraction in Bronx County Criminal Court.

       Mr. Perez rests on the arguments set forth in his submission dated May 12, 2025 (ECF No. 48) and maintains that his 2016 traffic infraction for DWAI and the underlying conduct described or observed in the documents/items produced by the Government is no more serious a matter than was the case in *Gonzales-Rivera, Paredes, and Walia* – and far less serious than was the case in *Valente.*

       Thank you for your consideration.

                                                           Respectfully submitted,

                                                           Frederick L. Sosinsky

FLS:bms